**EXHIBIT 6**

## UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF FLORIDA

IN RE:  ZANTAC (RANITIDINE)                          MDL NO. 2924
PRODUCTS LIABILITY                                   20-MD-2924
LITIGATION

SEE: JUDGE ROBIN L. ROSENBERG
MAGISTRATE JUDGE BRUCE E. REINHART

_____/

### FINAL JUDGMENT

By Order dated September 26, 2023, the Court concluded that all Defendants were entitled to final judgment in certain cases. DE 6974.  The Court's conclusion was predicated on the fact that earlier, on May 15, 2023, the Court entered summary judgment in favor of the same Defendants. DE 6622.  Accordingly, the Court enters **RULE 58 FINAL JUDGMENT** as follows:

For each case in which this final judgment is entered, the final judgment applies to every Defendant named in the operative pleading, such as the operative short-form complaint.  Final judgment is not entered in favor of any Defendant that is not named in the operative pleading.

For each case in which this final judgment is entered, the final judgment applies to every Designated Cancer[1] claim in the operative pleading, with one exception.  This final judgment does not apply to any claim against Defendant Par Pharmaceutical, Inc. because of the Court's earlier order severing Par. *See* DE 6974.

**DONE and ORDERED** in Chambers, West Palm Beach, Florida, this 26th day of September, 2023.

ROBIN L. ROSENBERG
UNITED STATES DISTRICT JUDGE

---

[1] Designated Cancers are bladder, esophageal, gastric, liver, and pancreatic cancers.